*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HITESMAN, GASTON, and KING,
Appellate Military Judges

———————————

**UNITED STATES**
Appellee

**v.**

**Edgar F. HERNANDEZ-RAMIREZ**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201800364**

Decided: 16 December 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Colonel Matthew J. Kent, USMC. Sentence adjudged 24 August 2018 by a general court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of officer and enlisted members. Sentence approved by the convening authority: reduction to E-1, confinement for 30 months, and a bad-conduct discharge.

For Appellant: Lieutenant Commander Jeremy J. Wall, JAGC, USN.

For Appellee: Captain Brian L. Farrell, USMC.

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record and the pleadings, we find that the sole matter raised by the appellant pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), lacks merit and requires neither further discussion nor relief. *United States v. Matias*, 25 M.J. 356, (C.M.A.

1987). The approved findings and sentence are correct in law and fact and no error materially prejudicial to appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 589, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court